**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| BRIANNE DRESSEN, *et al.,* | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | Case No. 3:23-cv-155 |
| | § | |
| ROB FLAHERTY, *et al.,* | § | |
| | § | |
| *Defendants.* | § | |

**DEFENDANT ANDREW SLAVITT'S NOTICE OF CROSS-APPEAL**

Defendant Andrew Slavitt hereby appeals from this Court's February 10, 2026 Final Judgment (Dkt. 127) to the United States Court of Appeals for the Fifth Circuit. This Notice of Appeal is timely because it is filed within the 14-day period permitted by Federal Rule of Appellate Procedure 4(a)(3) after Plaintiffs' notice of appeal dated April 10, 2026 (Dkt. 129). Plaintiffs' appeal is captioned *Ramirez v. WH Dir of Digital Strategy*, Cause No. 26-40207, in the United States Court of Appeals for the Fifth Circuit.

Respectfully submitted,

/s/ *Raffi Melkonian*
Eva M. Guzman
Texas Bar No. 00000097
Raffi Melkonian
Texas Bar No. 24090587
Michael Adams-Hurta
Texas Bar No. 24097860
Josh Woods
Texas Bar No. 24144497
**WRIGHT CLOSE BARGER & GUZMAN, LLP**
One Riverway, Suite 2200
Houston, Texas 77056

(713) 572-4321
(731) 572-4320 (fax)
guzman@wcbglaw.com
melkonian@wcbglaw.com
adams-hurta@wcbglaw.com
woods@wcbglaw.com

and

Theodore J. Boutrous Jr.
**Attorney in Charge**
Admitted *pro hac vice*
Michael H. Dore
Admitted *pro hac vice*
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Tel. 213.229.7000
Fax 213.229.7520
tboutrous@gibsondunn.com
mdore@gibsondunn.com

**ATTORNEYS FOR DEFENDANT**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of April 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

/s/ *Raffi Melkonian*
Raffi Melkonian