≫ New Civil Liberties Alliance

**Via CM/ECF**
May 19, 2026

Lyle W. Cayce, Clerk of Court
U.S. Courts of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 South Maestri Place
New Orleans, LA 70130

Re: *Ramirez v. White House Director of Digital Strategy*, No. 26-40207

Dear Mr. Cayce,

I write on behalf of Plaintiffs-Appellants to respectfully request correction of the case caption and title caption sheet in this appeal.

First, the docket currently lists the case as *Ramirez, et al. v. White House Director of Digital Strategy, et al.* Plaintiffs-Appellants respectfully request that the case name be corrected to *Dressen, et al. v. Flaherty, et al.*, the caption under which this case has proceeded since Plaintiffs filed their original complaint in the Southern District of Texas in May 2023. The undersigned counsel has conferred with the Clerk's Office for the Southern District of Texas, which confirmed that the district court continues to list this matter as *Dressen, et al. v. Flaherty, et al.* on its docket. For the sake of uniformity and continuity, we respectfully request that this Court's docket reflect the same case name.

Second, we respectfully request that the title caption sheet enclosed with the Court's May 12, 2026 Briefing Notice (Dkt. No. 28) be corrected. The current title caption sheet omits certain Defendants-Appellees, as well as the individual-capacity designation for other Defendants-Appellees. As reflected in Plaintiffs' First Amended Complaint (ECF No. 42), the following Defendants were sued in both their official and individual capacities: Rob Flaherty, Andrew Slavitt, Vivek Murthy, Xavier Becerra, Carol Y. Crawford, Alejandro Mayorkas, and Jen Easterly. The current title caption sheet omits Rob Flaherty, Vivek Murthy, Xavier Becerra, Alejandro Mayorkas, and Jen Easterly altogether; identifies "White House Director of Digital Strategy" without identifying Rob Flaherty; identifies Carol Y. Crawford only in her official capacity; and lists Andrew Slavitt only separately as "Defendant-Appellee/Cross-Appellant," without reflecting that he was sued in his individual capacity. Plaintiffs-Appellants respectfully request that the title caption sheet

be corrected to include all Defendants, as well as the capacities in which they were sued, as identified in the First Amended Complaint.

Because the Briefing Notice instructs that brief covers must match the enclosed title caption sheets, Plaintiffs-Appellants seek correction before filing any brief or motion using the Court's caption.  Please let me know if you require any further information.  Thank you for your assistance.

Sincerely,

/s/ Casey Norman
Litigation Counsel
NEW CIVIL LIBERTIES ALLIANCE
4250 N. Fairfax Drive, Suite 300
Arlington, VA 22203
Telephone: (202) 869-5210
Casey.Norman@ncla.legal

cc: All counsel (via CM/ECF)