*United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 21, 2026

Ms. Katherine Norman
New Civil Liberties Alliance
4250 N. Fairfax Drive
Suite 300
Arlington, VA 22203

No. 26-40207   Ramirez v. WH Dir of Digital Strategy
USDC No. 3:23-CV-155

Dear Ms. Norman,

We have received your letter requesting the changing of this case's caption and short title.

We are unable to act on this request as it is letter format. Please file your request as a motion to amend the caption via the filing event "Motion Filed" with the "Amend Caption" relief.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Sean Hannan, Deputy Clerk
504-310-7702

cc:
    Mr. John B. Bellinger III
    Mr. Raffi Melkonian
    Mr. Daniel Bentele Hahs Tenny
    Ms. Elisabeth S. Theodore
    Mr. Daniel Winik
    Mr. Stephen K. Wirth