IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| ERNEST RAMIREZ, et al. <br><br>      Plaintiffs - Appellants, <br><br> v. <br><br> WHITE HOUSE DIR. OF DIGITAL STRATEGY, et al., <br><br>      Defendants - Appellees, <br> ANDREW SLAVITT, <br><br>      Defendant - Appellee/Cross-Appellant. | No. 26-40207 |

**UNOPPOSED MOTION TO AMEND CASE CAPTION AND TITLE**

Plaintiffs-Appellants respectfully move the Court to amend the case caption and title in this appeal.

First, the Court's docket currently lists this case's title as *Ramirez, et al. v. White House Director of Digital Strategy, et al.* Plaintiffs-Appellants respectfully request that the case title be corrected to *Dressen, et al. v. Flaherty, et al.*, the caption under which this case has proceeded since Plaintiffs filed their original complaint in the Southern District of Texas in May 2023. The undersigned counsel has conferred with the Clerk's Office for the Southern District of Texas, which confirmed that the district court continues to list this matter as *Dressen, et al. v. Flaherty, et al.* on its docket. For the sake of uniformity and

continuity, Plaintiffs-Appellants respectfully request that this Court's docket reflect the same case name.

Second, Plaintiffs-Appellants respectfully request that the case caption be corrected. The title caption sheet enclosed with this Court's May 12, 2026 Briefing Notice (Dkt. No. 28) omits certain Defendants-Appellees, as well as the individual-capacity designation for other Defendants-Appellees. As reflected in Plaintiffs' First Amended Complaint (ECF No. 42), the following Defendants were sued in both their official and individual capacities: Rob Flaherty, Andrew Slavitt, Vivek Murthy, Xavier Becerra, Carol Y. Crawford, Alejandro Mayorkas, Jen Easterly, Renee DiResta, and Alex Stamos. The current title caption sheet omits Defendants Flaherty, Murthy, Becerra, Mayorkas, and Easterly altogether; identifies "White House Director of Digital Strategy" without identifying Mr. Flaherty; identifies Ms. Crawford only in her official capacity; and lists Mr. Slavitt only separately as "Defendant-Appellee/Cross-Appellant," without reflecting that he was sued in his individual capacity.

Plaintiffs-Appellants' proposed corrected caption (below) designates Defendants Flaherty, Slavitt, DiResta, and Stamos only in their individual capacities. Although Plaintiffs' First Amended Complaint named each of those Defendants in both their official and individual capacities, it is Plaintiffs-Appellants' understanding that the former positions or roles on which the official-capacity claims against Defendants

Flaherty, Slavitt, DiResta, and Stamos[1] were premised no longer exist, and no successor has been identified or substituted. The proposed corrected caption therefore preserves only the individual-capacity designations with respect to Defendants Flaherty, Slavitt, DiResta, and Stamos, while separately reflecting the automatic substitution under Rule 25(d) of current officials for official-capacity defendants where a successor exists.

Plaintiffs-Appellants thus request that the caption be corrected as follows:

Brianne Dressen, Ernest Ramirez, Shaun Barcavage, Suzanna Newell, Nikki Holland, and Kristi Dobbs,

*Plaintiffs - Appellants/Cross-Appellees*

v.

Rob Flaherty, in his individual capacity; Donald J. Trump, in his official capacity; Karoline Leavitt, in her official capacity; Andrew Slavitt, in his individual capacity; Department of Health and Human Services; Robert F. Kennedy, Jr., in his official capacity; Xavier Becerra, in his individual capacity; Denise Hinton, in her official capacity; Vivek Murthy, in his individual capacity; Centers for Disease Control and Prevention; Carol Y. Crawford, in her official and individual capacities; Department of Homeland Security; Markwayne Mullin, in his official capacity; Alejandro Mayorkas, in his individual capacity; Cybersecurity & Infrastructure Security Agency; Nicholas M. Andersen, in his official capacity; Jen Easterly, in her individual capacity; Board of Trustees of the Leland Stanford Junior University; Leland Stanford Junior University; Alex Stamos, in his individual capacity; Renee DiResta, in her individual capacity,

*Defendants - Appellees*,

Andrew Slavitt,

*Defendant - Appellee/Cross-Appellant*

---

[1] To Plaintiffs-Appellants' knowledge, Defendants Stamos and DiResta were not federal employees at the times relevant to this action. They were named in both their individual and official capacities under a theory of state action. *See* ECF No. 42. It is Plaintiffs-Appellants' understanding that the Stanford Internet Observatory, including Defendants Stamos and DiResta's respective roles there, no longer exist.

Counsel for Plaintiffs-Appellants has conferred with Defendants-Appellees' respective counsel, and it is Plaintiffs-Appellants' understanding that no party objects to this request.

Government Defendants[2] agree that the docket and caption should be updated to include all parties in the capacity or capacities in which they are sued. Government Defendants take no position as to the order in which the parties appear in the caption.

For the foregoing reasons, and because the Briefing Notice instructs that brief covers must match the enclosed title caption sheets, Plaintiffs-Appellants respectfully request correction before filing any brief or motion using the Court's caption.

May 29, 2026

Respectfully submitted,

/s/ *Casey Norman*
Casey Norman
Litigation Counsel
NEW CIVIL LIBERTIES ALLIANCE
4250 N. Fairfax Dr., Suite 300
Arlington, VA 22203
(202) 869-5210
Casey.norman@ncla.legal
*Counsel for Plaintiffs-Appellants*

---

[2] "Government Defendants" refers to the Department of Health and Human Services, Centers for Disease Control and Prevention, Department of Homeland Security, and Cybersecurity & Infrastructure Security Agency, as well as the following individuals in their official capacities only: Donald J. Trump, Karoline Leavitt, Robert F. Kennedy, Jr., Denise Hinton, Carol Y. Crawford, Markwayne Mullin, and Nicholas M. Andersen.

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this filing complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 766 words, according to the count of Microsoft Word.

/s/ *Casey Norman*

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2026, I electronically filed this document with the Court by using the CM/ECF system, and that this document was distributed via the Court's CM/ECF system.

/s/ *Casey Norman*