# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 03, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-40207    Ramirez v. WH Dir of Digital Strategy
USDC No. 3:23-CV-155

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Sean Hannan, Deputy Clerk
504-310-7702

Mr. John B. Bellinger III
Mr. Raffi Melkonian
Ms. Katherine Norman
Mr. Nathan Ochsner
Mr. Daniel Bentele Hahs Tenny
Ms. Elisabeth S. Theodore
Mr. Daniel Winik
Mr. Stephen K. Wirth