# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 04, 2026

Mr. John B. Bellinger III
Arnold & Porter Kaye Scholer, L.L.P.
601 Massachusetts Avenue, N.W.
Washington, DC 20001

Mr. Chad Wilson Dunn
Brazil & Dunn
1900 Pearl Street
Austin, TX 78705

Mr. Raffi Melkonian
Wright Close Barger & Guzman, L.L.P.
1 Riverway Drive
Suite 2200
Houston, TX 77056

Ms. Katherine Norman
New Civil Liberties Alliance
4250 N. Fairfax Drive
Suite 300
Arlington, VA 22203

Mr. Nathan Ochsner
Southern District of Texas, Galveston
United States District Court
601 Rosenberg Street
Room 411
Galveston, TX 77550-0000

Mr. Joseph R. Palmore
Morrison & Foerster, L.L.P.
2100 L Street, N.W.
Suite 900
Washington, DC 20037

Mr. Daniel Winik
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

No. 26-40207   Dressen v. Flaherty
USDC No. 3:23-CV-155

Dear Counsel,

Attached is a revised case caption, which should be used on all future filings in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Sean Hannan, Deputy Clerk
504-310-7702

cc:
  Ms. Alison H. Hung
  Mr. Daniel Bentele Hahs Tenny
  Ms. Elisabeth S. Theodore
  Mr. Stephen K. Wirth

_____

Case No. 26-40207

_____

Brianne Dressen; Ernest Ramirez; Shaun Barcavage; Suzanna Newell; Nikki Holland; Kristi Dobbs,

                   Plaintiffs - Appellants/Cross-Appellees

v.

Rob Flaherty, in his individual capacity; Donald J. Trump, in his official capacity; Karoline Leavitt, in her official capacity; Andrew Slavitt, in his individual capacity; Department of Health & Human Services; Robert F. Kennedy, Jr., in his official capacity; Xavier Becerra, in his individual capacity; Denise Hinton, in her official capacity; Vivek Murthy, in his individual capacity; Center for Disease Control and Prevention; Carol Y. Crawford, in her official and individual capacities; United States Department of Homeland Security; Markwayne Mullin, in his official capacity; Cybersecurity & Infrastructure Security Agency; Nicholas M. Andersen, in his official capacity; Jen Easterly, in her individual capacity; Board of Trustees of the Leland Stanford Junior University; Leland Stanford Junior University; Alex Stamos, in his individual capacity; Renee DiResta, in her individual capacity

                   Defendants - Appellees

Andrew Slavitt,

                   Defendant - Appellee/Cross-Appellant