# Arnold & Porter

**Elisabeth S. Theodore**
+1 202.942.5891 Direct
Elisabeth.Theodore@arnoldporter.com

June 4, 2026

**VIA CM / ECF ELECTRONIC FILING**
Lyle W. Cayce, Clerk of the Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 South Maestri Place, Suite 115
New Orleans, LA 70130

     **Re:**    *Dressen v. Flaherty* **(Case No. 26-40207)**

Dear Mr. Cayce:

     The docket in this appeal currently lists Stephen K. Wirth as counsel for Appellees the Board of Trustees of the Leland Stanford Junior University and Leland Stanford Junior University. Mr. Wirth, who has not entered an appearance in this Court, represented Defendants the Board of Trustees of the Leland Stanford Junior University and Leland Stanford Junior University before the district court. Mr. Wirth filed a notice of withdrawal in the district court upon departure from the law firm of Arnold & Porter Kaye Scholer LLP last year. Because Mr. Wirth has withdrawn in the district court and left Arnold & Porter, we ask that he be removed from the Court's docket. I have entered my appearance, along with John B. Bellinger III, on behalf of Appellees the Board of Trustees of the Leland Stanford Junior University and Leland Stanford Junior University

          Sincerely,

          */s/ Elisabeth S. Theodore*
          Elisabeth S. Theodore

          *Counsel for Appellees Board of Trustees of the Leland Stanford Junior University, Leland Stanford Junior University, Alex Stamos, and Renee DiResta*

cc:  All counsel of record (via CM / ECF)