# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form.** *(COMPLETE ENTIRE FORM unless otherwise noted).*

**Fifth Cir. Case NO.** 26-40207

Dressen _____ vs. Flaherty _____

(Short Title)

The Clerk will enter my appearance as Counsel for see attached _____

_____

_____

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**    ☐ Petitioner(s)    ☐ Respondent(s)    ☐ Amicus Curiae

☐ Appellant(s)    ☑ Appellee(s)    ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s/ Daniel Winik _____    Daniel.L.Winik@usdoj.gov _____

(Signature)    (e-mail address)

Daniel Winik _____    DC / 1015470 _____

(Type or print name)    (State/Bar No.)

Senior Counsel _____

(Title, if any)

U.S. Department of Justice, Civil Division, Appellate Staff _____

(Firm or Organization)

Address _____ 950 Pennsylvania Avenue NW _____

City & State Washington, D.C. _____    Zip 20530 _____

Primary Tel. 202-305-8849 _____ Cell Phone: 202-598-0760 _____ (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Daniel Winik _____

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

_____

B. Inquiry of Counsel. To your knowledge:

(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?

☐ Yes    ☑ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?

☐ Yes    ☑ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?

☐ Yes    ☑ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case _____

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:

_____

_____

Name of Court or Agency _____

Status of Appeal (if any) _____

Other Status (if not appealed) _____

**NOTE: Attach sheet to give further details.**    DKT-5A REVISED June 2023

*Dressen v. Flaherty*, **No. 26-40207**

**Parties represented:**

- Donald J. Trump, President of the United States, in his official capacity
- Karoline Leavitt, in her official capacity
- Department of Health & Human Services
- Robert F. Kennedy, Jr., Secretary, U.S. Department of Health and Human Services, in his official capacity
- Denise Hinton, in her official capacity
- Xavier Becerra, in his individual capacity
- Centers for Disease Control and Prevention
- Carol Y. Crawford, in her official and individual capacities
- United States Department of Homeland Security
- Markwayne Mullin, Secretary, U.S. Department of Homeland Security, in his official capacity
- Cybersecurity & Infrastructure Security Agency
- Alejandro Mayorkas, in his individual capacity
- Nicholas M. Andersen, in his official capacity
- Jen Easterly, in her individual capacity